**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN TAGGART,**<br><br>   Plaintiff,<br><br>   v.<br><br>**SARTLE, INC.,**<br><br>   Defendant. | Case No. 4:22-cv-04973-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

TO PLAINTIFF JOHN TAGGART AND HIS COUNSEL OF RECORD:

You are **HEREBY ORDERED TO SHOW CAUSE** in writing by **no later than October 16, 2023**, why this case should not be dismissed for failure to prosecute. On February 1, this Court terminated plaintiff's motion for default judgment in light of defendant's waiver of service. The Court directed plaintiff to withdraw the motion or otherwise advise the Court on next steps. (Dkt. No. 20.) More than six months have passed, and plaintiff has taken no action in this case.

Accordingly, plaintiff must explain why this case should not be dismissed for failure to prosecute. Failure to timely respond to the order to show cause will result in a dismissal without prejudice and without further notice.

**IT IS SO ORDERED.**

Dated: October 4, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**