UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TAGGART,<br><br>   Plaintiff,<br><br> v.<br><br>SARTLE, INC.,<br><br>   Defendant. | Case No. 4:22-cv-04973-YGR<br><br>**ORDER DISMISSING CASE** |

On October 4, 2023 this Court ordered plaintiff to show cause by October 16 why this case should not be dismissed for failure to prosecute. Plaintiff did not respond by the deadline. Accordingly, this case is dismissed and the clerk of court is directed to close the case.

**IT IS SO ORDERED.**

Dated: October 26, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE